No. 95–7041. CARPIO *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 95–7042. CAYANAN *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 95–7043. ALFEROS *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 95–7044. CORPUZ *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 95–7045. BONDAD *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 95–7046. CALISAAN *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 95–7054. JACKSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 95–7066. RABE *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 95–7081. CABILES *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 95–7088. DANAO *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 95–7089. FLORENTINO *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. 

No. 95–7134. HARDY ET UX. *v.* CITY OF ORLANDO. C. A. 11th Cir. Certiorari denied. 

No. 95–7145. ISLA *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.